IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TREEHOUSE AVATAR TECHNOLOGIES, INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 12-1307-GMS |
| TURBINE, INC., | ) ) | |
| Defendant. | ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Treehouse Avatar Technologies, Inc. ("Treehouse") and Defendant Turbine, Inc. ("Turbine") hereby stipulate and agree that Treehouse's claims against Turbine in the above-captioned action shall be dismissed with prejudice. Treehouse and Turbine shall each bear their own attorney fees and costs incurred in connection with this action.

| BAYARD, P.A. | ASHBY & GEDDES |
|---|---|
| */s/ Stephen B. Brauerman* | */s/ John G. Day* |
| Richard D. Kirk (#922) | John G. Day (#2403) |
| Stephen B. Brauerman (# 4952) | Tiffany Geyer Lydon (#3950) |
| Vanessa R. Tiradentes (#5398) | Andrew C. Mayo (#5207) |
| 222 Delaware Avenue, Suite 900 | 500 Delaware Avenue, 8th Floor |
| P.O. Box 25130 | P.O. Box 1150 |
| Wilmington, DE  19899 | Wilmington, DE  19899 |
| (302) 655-5000 | (302) 654-1888 |
| rkirk@bayardlaw.com | jday@ashby-geddes.com |
| sbrauerman@bayardlaw.com | tlydon@ashby-geddes.com |
| vtiradentes@bayardlaw.com | amayo@ashby-geddes.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Dated:  November 26, 2013

{00808518;v1 }